Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **Andrew Joseph Fornal** : | Case No. 15−10227−TPA |
| **Marylee Fornal** : | Chapter: 13 |
| **fka Marylee Smith** : | |
|    *Debtor(s)* : | |
| : | |
| : | |
| : | |

**ORDER DISMISSING CASE WITHOUT PREJUDICE AND
TERMINATING WAGE ATTACHMENT**

      *AND NOW,* this **9th day of January, 2017,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

      (1)  The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

      (2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

      (3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

      (4)  The Clerk shall give notice to all creditors of this dismissal.

      (5) The conciliation conference scheduled for January 24, 2017 is CANCELLED.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 15-10227-TPA
Andrew Joseph Fornal                                            Chapter 13
Marylee Fornal
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-1           User: vson                   Page 1 of 2                 Date Rcvd: Jan 09, 2017
                               Form ID: 309                 Total Noticed: 44
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 11, 2017.
```
db/jdb         +Andrew Joseph Fornal,    Marylee Fornal,   2498 McArthur Road,    Jamestown, PA 16134-4944
cr             +HSBC MORTGAGE SERVICES, INC.,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
14003745       +Citibank / The Home Depot,    Centralized Bankruptcy,    Po Box 790040,
                 Saint Louis, MO 63179-0040
14003746       +Community Bank Na,    Attn: Bankruptcy,    Po Box 509,   Canton, NY 13617-0509
14048684       +Community Bank, N.A.,    PO Box 509,   Canton, NY 13617-0509
14003756       +MCA Fixed Payment LLC,    525 Broadhollow Road,    Melville, NY 11747-3736
14058368        Navient Solutions, Inc.,    Department of Education Loan Services,    P.O. Box 9635,
                 Wilkes-Barre, PA 18773-9635
14003758        North and South Shenango Joint,    Municipal Authority,    3104 Water Trail Drive,
                 Jamestown, PA 16134
14003759       +Northwest Consumer Discount Companu,    272 Chestnut Street,    Suite J,
                 Meadville, PA 16335-3202
14003761       +PA Department of Labor and Industry,    Attn: Joe Kots,    625 Cherry Street,    Room 203,
                 Reading, PA 19602-1152
14003764       +Seventh Avenue,    1112 7th Avenue,   Monroe, WI 53566-1364
14003768       +Us Department Of Education,    Attn: Bankruptcy,    Po Box 16448,    Saint Paul, MN 55116-0448
14003771       +Windstream Communications,    Attn: Alice Peace,    2 North Main Street,
                 Greenville, SC 29601-4874
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              EDI: RECOVERYCORP.COM Jan 10 2017 01:33:00     Recovery Management Systems Corporation,
                 25 S.E. Second Avenue,    Suite 1120,   Miami, FL 33131-1605
14003740       +EDI: AAEO.COM Jan 10 2017 01:33:00      Aaron Sales & Lease Own,    309 East Paces Ferry,
                 Atlanta, GA 30305-2367
14003741       +E-mail/Text: collections@blirentals.com Jan 10 2017 01:54:41      BLI Rentals,    PO Box 992,
                 Emporia, KS 66801-0992
14018402       +EDI: STFC.COM Jan 10 2017 01:33:00      CACH, LLC,    4340 S. Monaco Street,    2nd Floor,
                 Denver, CO 80237-3485
14003742       +EDI: STFC.COM Jan 10 2017 01:33:00      Cach Llc,    Attention: Bankruptcy Department,
                 4340 South Monaco Street,    2nd Floor,   Denver, CO 80237-3485
14003743       +EDI: CAPITALONE.COM Jan 10 2017 01:33:00      Capital One Bank,    Attn: General Correspondence,
                 Po Box 30285,    Salt Lake City, UT 84130-0285
14049336       +E-mail/Text: bankruptcy@cavps.com Jan 10 2017 01:55:33      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
14003744       +EDI: CAUT.COM Jan 10 2017 01:33:00      Chase Auto,    Attn: National Bankruptcy Dept,
                 Po Box 29505,    Phoenix, AZ 85038-9505
14003747       +EDI: NAVIENTFKASMDOE.COM Jan 10 2017 01:34:00      Department Of Education / Navient,
                 Po Box 9635,    Wilkes Barre, PA 18773-9635
14003748       +EDI: AMINFOFP.COM Jan 10 2017 01:33:00      First Premier Bank,    3820 North Louise Avenue,
                 Sioux Falls, SD 57107-0145
14003749       +EDI: RMSC.COM Jan 10 2017 01:33:00      GE Capital Retail Bank / Care Credit,    Attn: Bankruptcy,
                 Po Box 103104,    Roswell, GA 30076-9104
14003751       +EDI: HFC.COM Jan 10 2017 01:33:00      HSBC Bank,    Attn: Bankruptcy,    PO Box 5213,
                 Carol Stream, IL 60197-5213
14016658       +EDI: HFC.COM Jan 10 2017 01:33:00      HSBC Mortgage Services, Inc.,    P.O. Box 21188,
                 Eagan, Minnesota 55121-0188
14003750       +EDI: HFC.COM Jan 10 2017 01:33:00      Hsbc / RS,    Attn: Bankruptcy Department,    Po Box 5263,
                 Carol Stream, IL 60197-5263
14003752       +E-mail/Text: bankruptcy@huntington.com Jan 10 2017 01:55:06      Huntington National Bank,
                 Bankruptcy Department,    Po Box 89424,   Cleveland, OH 44101-6424
14003754       +EDI: IRS.COM Jan 10 2017 01:33:00      Internal Revenue Service,
                 Centralized Insolvency Operations,    PO Box 7346,    Philadelphia, PA 19101-7346
14029063        EDI: CAUT.COM Jan 10 2017 01:33:00      JPMorgan Chase Bank, N.A.,
                 National Bankruptcy Department,    P.O. Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
14003757       +EDI: MID8.COM Jan 10 2017 01:33:00      Midland Funding LLC,    8875 Aero Drive,
                 San Diego, CA 92123-2255
14003760       +E-mail/Text: bankruptcynotices@psecu.com Jan 10 2017 01:55:45      P S E C U,
                 Attention: Bankruptcy,    Po Box 67013,   Harrisburg, PA 17106-7013
14003762       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 10 2017 01:54:52      PA Department of Revenue,
                 Bankruptcy Division,    PO Box 280946,   Harrisburg, PA 17128-0946
14088901        EDI: PRA.COM Jan 10 2017 01:33:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
14016381        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 10 2017 01:54:52
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, Pa. 17128-0946
14003763       +EDI: RESURGENT.COM Jan 10 2017 01:33:00      Pinnacle Credit Service,    Attn: Bankruptcy,
                 Po Box 640,    Hopkins, MN 55343-0640
14087964       +EDI: JEFFERSONCAP.COM Jan 10 2017 01:34:00      Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,   Saint Cloud Mn 56302-7999
14009917        EDI: RECOVERYCORP.COM Jan 10 2017 01:33:00     Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
```

```
District/off: 0315-1           User: vson                    Page 2 of 2                   Date Rcvd: Jan 09, 2017
                               Form ID: 309                  Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
14003765      +EDI: SWCR.COM Jan 10 2017 01:33:00      Southwest Credit System,    4120 International Parkway,
               Suite 1100,    Carrollton, TX 75007-1958
14003766      +EDI: RMSC.COM Jan 10 2017 01:33:00      Syncb / Bank Luxury,    PO Box 965036,
               Orlando, FL 32896-5036
14003767      +EDI: RMSC.COM Jan 10 2017 01:33:00      Syncb / Kawasaki,    900 Concourse Drive,
               Rapid City, SD 57703-4762
14086788       EDI: RMSC.COM Jan 10 2017 01:33:00      Synchrony Bank,    Attn: Bankruptcy Department,
               PO Box 530912,    Atlanta, GA 30353-0912
14003769      +EDI: VERIZONEAST.COM Jan 10 2017 01:34:00      Verizon,    Bankruptcy Dept,
               500 Technology Drive,    Suite 550,    Saint Charles, MO 63304-2225
14003770      +EDI: WFFC.COM Jan 10 2017 01:33:00      Wfs Financial / Wachovia Dealer Services,    Po Box 3569,
               Rancho Cucamonga, CA 91729-3569
                                                                                              TOTAL: 31

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Beneficial Consumer Discount Co.
cr             JP MORGAN CHASE BANK, NATIONAL ASSOCIATION
cr             The Huntington National Bank
14003755*     +Internal Revenue Service,    Office of District Counsel,    1000 Liberty Center,    Suite 601C,
               Pittsburgh, PA 15222-4014
14003753*      Internal Revenue Service,    Insolvency Unit,    PO Box 628,    Pittsburgh, PA 15230
                                                                                TOTALS: 3, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2017 at the address(es) listed below:

```
              Andrew F Gornall    on behalf of Creditor    JP MORGAN CHASE BANK, NATIONAL ASSOCIATION
               agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Daniel P. Foster    on behalf of Debtor Andrew Joseph Fornal dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Joint Debtor Marylee  Fornal dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              David  Neeren    on behalf of Creditor    Beneficial Consumer Discount Co. dneeren@udren.com,
               vbarber@udren.com
              James  Warmbrodt    on behalf of Creditor    JP MORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    The Huntington National Bank kebeck@weltman.com,
               jbluemle@weltman.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Stuart P. Winneg    on behalf of Creditor    Beneficial Consumer Discount Co. swinneg@udren.com,
               cblack@udren.com
                                                                                              TOTAL: 9
```