**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> ANDREW JOSEPH FORNAL <br> MARYLEE FORNAL <br> Debtor(s) <br><br> Ronda J. Winnecour <br> Movant <br> vs. <br> No Repondents. | Case No.:15-10227 TPA <br><br><br><br> Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/02/2015 and confirmed on 05/13/2015 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 10,950.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 10,950.00 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 3,175.06 | |
|     Trustee Fee | 402.58 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,577.64 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   BENEFICIAL CDC/BENEFICIAL MORTGAGE <br>     Acct: 6500 | 0.00 | 0.00 | 0.00 | 0.00 |
|   HUNTINGTON NATIONAL BANK(*) <br>     Acct: 5429 | 0.00 | 4,681.34 | 0.00 | 4,681.34 |
|   HUNTINGTON NATIONAL BANK(*) <br>     Acct: 5429 | 0.00 | 0.00 | 0.00 | 0.00 |
|   HUNTINGTON NATIONAL BANK(*) <br>     Acct: XXXXXXXXX3-15 | 5,631.12 | 0.00 | 0.00 | 0.00 |
|   BENEFICIAL CDC/BENEFICIAL MORTGAGE <br>     Acct: 6500 | 0.00 | 0.00 | 0.00 | 0.00 |
|   JPMORGAN CHASE BANK NA <br>     Acct: 9474 | 492.50 | 492.50 | 204.61 | 697.11 |
|   COMMUNITY BANK NA** <br>     Acct: 1355 | 0.00 | 0.00 | 0.00 | 0.00 |
|   PA STATE EMPLOYEES CU <br>     Acct: 8820 | 13,836.33 | 1,412.38 | 581.53 | 1,993.91 |
|   SYNCHRONY BANK <br>     Acct: 0422 | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| | | | | | 7,372.36 |
| Priority | | | | | |
| | DANIEL P FOSTER ESQ** | 3,580.00 | 3,175.06 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ANDREW JOSEPH FORNAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | DANIEL P FOSTER ESQ** | 1,000.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8820 | | | | |
| | PA DEPARTMENT OF LABOR & INDUSTRY( | 945.00 | 0.00 | 0.00 | 0.00 |
| | Acct: ? | | | | |
| | PA DEPARTMENT OF REVENUE* | 2,177.74 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXX6468 | | | | |
| | | ***NONE*** | | | |
| Unsecured | | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 1,206.09 | 0.00 | 0.00 | 0.00 |
| | Acct: 9834 | | | | |
| | CACH LLC(*) | 4,198.65 | 0.00 | 0.00 | 0.00 |
| | Acct: 2645 | | | | |
| | CAVALRY SPV I LLC - ASSIGNEE(*) | 578.41 | 0.00 | 0.00 | 0.00 |
| | Acct: 1314 | | | | |
| | CAVALRY SPV I LLC - ASSIGNEE(*) | 375.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5279 | | | | |
| | CITIBANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2844 | | | | |
| | NAVIENT SOLUTIONS INC O/B/O DEPARTM | 10,078.43 | 0.00 | 0.00 | 0.00 |
| | Acct: 8820 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 333.27 | 0.00 | 0.00 | 0.00 |
| | Acct: 4838 | | | | |
| | MCA FIXED PAYMENT LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: ? | | | | |
| | MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7049 | | | | |
| | NORTH AND SOUTH SHENANGO JOINT MU | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0299 | | | | |
| | NORTHWEST CONSUMER DISC CO(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | PINNACLE CREDIT SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6263 | | | | |
| | PINNACLE CREDIT SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3498 | | | | |
| | SEVENTH AVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 984A | | | | |
| | SOUTHWEST CREDIT SYSTEMS* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0780 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 1,055.07 | 0.00 | 0.00 | 0.00 |
| | Acct: 1452 | | | | |
| | PA DEPARTMENT OF REVENUE* | 576.97 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXX6468 | | | | |
| | BLI RENTALS LLC | 6,577.68 | 0.00 | 0.00 | 0.00 |
| | Acct: 8820 | | | | |
| | COMMUNITY BANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1355 | | | | |
| | SYNCHRONY BANK | 302.90 | 0.00 | 0.00 | 0.00 |
| | Acct: 0422 | | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| | | \* \* \* N O N E \* \* \* | | | |

TOTAL PAID TO CREDITORS                                                                                   7,372.36

TOTAL CLAIMED
PRIORITY             3,122.74
SECURED             19,959.95
UNSECURED           25.282.47

Date: 02/09/2017                                          /s/ Ronda J. Winnecour
                                                          RONDA J WINNECOUR PA ID #30399
                                                          CHAPTER 13 TRUSTEE WD PA
                                                          600 GRANT STREET
                                                          SUITE 3250 US STEEL TWR
                                                          PITTSBURGH, PA  15219
                                                          (412) 471-5566
                                                          cmecf@chapter13trusteewdpa.com