**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**ERIE DIVISION**

| | |
|---|---|
| In re:<br>ANDREW JOSEPH FORNAL<br>MARYLEE FORNAL<br>Debtor(s) | Case No. 15-10227TPA |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/02/2015.

2) The plan was confirmed on 05/13/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1328 on 07/19/2016.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/17/2016.

5) The case was dismissed on 01/09/2017.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 24.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $39,772.46.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $10,950.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $10,950.00

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,175.06 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $402.58 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,577.64

Attorney fees paid and disclosed by debtor:     $420.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| BENEFICIAL CDC/BENEFICIAL MORT | Secured | 79,090.64 | 0.00 | 0.00 | 0.00 | 0.00 |
| BENEFICIAL CDC/BENEFICIAL MORT | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| BLI RENTALS LLC | Unsecured | NA | 6,577.68 | 6,577.68 | 0.00 | 0.00 |
| CACH LLC(*) | Unsecured | 4,198.65 | 4,198.65 | 4,198.65 | 0.00 | 0.00 |
| CAVALRY SPV I LLC - ASSIGNEE(*) | Unsecured | 578.00 | 578.41 | 578.41 | 0.00 | 0.00 |
| CAVALRY SPV I LLC - ASSIGNEE(*) | Unsecured | 340.00 | 375.00 | 375.00 | 0.00 | 0.00 |
| CITIBANK NA(*) | Unsecured | 840.00 | NA | NA | 0.00 | 0.00 |
| COMMUNITY BANK NA** | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| COMMUNITY BANK NA** | Secured | 9,336.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| HUNTINGTON NATIONAL BANK(*) | Secured | 58,701.11 | 58,701.11 | 0.00 | 4,681.34 | 0.00 |
| HUNTINGTON NATIONAL BANK(*) | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| HUNTINGTON NATIONAL BANK(*) | Secured | 0.00 | 5,631.12 | 5,631.12 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* | Priority | 20,000.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC* | Unsecured | 333.00 | 333.27 | 333.27 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA | Secured | 4,923.00 | 5,021.82 | 492.50 | 492.50 | 204.61 |
| MCA FIXED PAYMENT LLC | Unsecured | 4,844.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING | Unsecured | 1,065.00 | NA | NA | 0.00 | 0.00 |
| NAVIENT SOLUTIONS INC O/B/O DEP | Unsecured | 10,083.00 | 10,078.43 | 10,078.43 | 0.00 | 0.00 |
| NORTH AND SOUTH SHENANGO JOI | Unsecured | 385.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST CONSUMER DISC CO(* | Unsecured | 2,487.00 | NA | NA | 0.00 | 0.00 |
| PA DEPARTMENT OF LABOR & INDU | Priority | 945.00 | NA | 945.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Priority | 2,754.71 | 2,177.74 | 2,177.74 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Unsecured | 0.00 | 576.97 | 576.97 | 0.00 | 0.00 |
| PA STATE EMPLOYEES CU | Secured | 13,836.00 | 13,836.33 | 13,836.33 | 1,412.38 | 581.53 |
| PINNACLE CREDIT SERVICES LLC | Unsecured | 637.00 | NA | NA | 0.00 | 0.00 |
| PINNACLE CREDIT SERVICES LLC | Unsecured | 584.00 | NA | NA | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 1,206.00 | 1,206.09 | 1,206.09 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 1,055.00 | 1,055.07 | 1,055.07 | 0.00 | 0.00 |
| SEVENTH AVENUE | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST CREDIT SYSTEMS* | Unsecured | 104.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 0.00 | 302.90 | 302.90 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SYNCHRONY BANK | Secured | 3,463.00 | 3,360.00 | 0.00 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $4,681.34 | $0.00 |
| Mortgage Arrearage | $5,631.12 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $14,328.83 | $1,904.88 | $786.14 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$19,959.95** | **$6,586.22** | **$786.14** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $3,122.74 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$3,122.74** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$25,282.47** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,577.64 |
| Disbursements to Creditors | $7,372.36 |
| **TOTAL DISBURSEMENTS :** | **$10,950.00** |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/07/2017             By: /s/ Ronda J. Winnecour
                                           Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**